# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>PETER F. NERONHA, in his official capacity as ATTORNEY GENERAL OF RHODE ISLAND, *et al.*,<br><br>*Defendants*. | Case No. 1:25-CV-387-JJM-AEM |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Novartis Pharmaceuticals Corporation appeals to the United States Court of Appeals for the First Circuit from this Court's Order entered orally at the hearing in this action on September 30, 2025, denying Novartis's motion for a preliminary injunction.

**[SIGNATURE PAGE FOLLOWS NEXT]**

Dated: September 30, 2025

Respectfully submitted,

*/s/ Paul M. Kessimian*
Paul M. Kessimian  (#7127)
Robert K. Taylor (#6514)
James P. McGlone (#10847)
PARTRIDGE SNOW & HAHN LLP
40 Westminster Street, Suite 1100,
Providence, RI 02903
Telephone: (401) 861-8200
pkessimian@psh.com

Susan M. Cook*
Jessica L. Ellsworth*
Alexander V. Sverdlov*
Marlan Golden*
Jacob T. Young*
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
susan.cook@hoganlovells.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

*\*Admitted pro hac vice*

4920-0551-3326