IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, *Plaintiff,* v. PETER F. NERONHA, in his official capacity as ATTORNEY GENERAL OF RHODE ISLAND, *et al.*, *Defendants.* | Civil Action No. 25-387-JJM-AEM |

**JOINT MOTION FOR STAY OF PROCEEDINGS
PENDING RESOLUTION OF APPEAL**

The parties move the Court to stay proceedings in this matter pending resolution of Plaintiff's appeal of this Court's order denying Plaintiff's Motion for Preliminary Injunction.

Plaintiff challenges the constitutionality of Chapter 288 of Rhode Island's 2025 Public Laws. ECF 1. Plaintiff moved for a preliminary injunction, ECF 3, which this Court denied at the conclusion of the hearing on Plaintiff's motion, *see* Sept. 30, 2025 Hr'g Minute Entry. Plaintiff has appealed the Court's order denying its preliminary injunction motion to the First Circuit Court of Appeals. ECF 33.

The First Circuit's review of the legal issues underlying this Court's order will be relevant to and inform the parties' positions in further proceedings in this matter. In the interest of efficient resolution of the pending litigation before this Court and

1

avoiding duplication of effort, the parties agree that further action by this Court would more effectively be pursued following disposition of the pending appeal.

Therefore, the parties respectfully request that the Court enter an order (1) staying Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint; (2) staying the parties' mutual obligations to engage in initial discovery under Rules 16 and 26; and (3) otherwise staying this case in all respects pending final disposition of Plaintiff's appeal.

Dated: October 17, 2025

Respectfully submitted,

*/s/ James P. McGlone*
Paul M. Kessimian (#7127)
Robert K. Taylor (#6514)
James P. McGlone (#10847)
PARTRIDGE SNOW & HAHN LLP
40 Westminster Street, Suite 1100,
Providence, RI 02903
Telephone: (401) 861-8200
pkessimian@psh.com

Susan Cook*
Jessica L. Ellsworth*
Alexander V. Sverdlov*
Marlan Golden*
Jacob T. Young*
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
susan.cook@hoganlovells.com

2

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

\*Admitted pro hac vice

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Lionel Dutreix*
Lionel Dutreix (#10728)
James J. Arguin (#10972)
Jeff Kidd (#10416)
Lee Staley (#11049)
R.I. Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
Facsimile: (401) 222-3016
ldutreix@riag.ri.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I filed the within via the ECF filing system on this 17th day of October, 2025 and that a copy is available for viewing and downloading.

*/s/ Lionel Dutreix*